# UNITED STATES DISTRICT COURT

## Western District of Missouri

*JUDGMENT IN A CIVIL CASE*

SINUHE PECINA

    *v.*

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration

**Case Number: 11-1160-SSA-CV-W-MJW**

_     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X     Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED

That the decision of the Commissioner is affirmed.

ENTERED ON: November 21, 2012

    ANN THOMPSON
    Court Executive

    Laura Bax
    (By) Divisional Manager